■ In the Matter of ELIZABETH A. SCHOLLENBERGER, Respondent, v ANTHONY S. HOFFMANN et al., Appellants, and BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondent.—Judgment, Supreme Court, New York County (Martin Evans, J.), entered on August 21, 1992, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Ellerin, J. P., Wallach, Smith and Rubin, JJ.

■ In the Matter of SEYMOUR D. SCHORR, Appellant, v DEBRA R. SAMUELS, Respondent, et al., Respondent.—Judgment, Supreme Court, New York County (Martin Evans, J.), entered on or about August 20, 1992, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Wallach and Smith, JJ.

■ In the Matter of WADE RAWLUK, Appellant, v PATRICIA McCULLOUGH et al., Respondents.—Judgment, Supreme Court, Bronx County (Fred W. Eggert, J.), entered on August 20, 1992, unanimously affirmed, without costs and without disbursements. The filing fee in this Court is waived. No opinion. Concur—Rosenberger, J. P., Ellerin, Wallach and Rubin, JJ.

■ In the Matter of RUBEN FRANCO, Respondent, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent, and ANGEL DIAZ, Appellant.—Judgment, Supreme Court, New York County (Martin Evans, J.), entered on or about August 20, 1992, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Wallach, Smith and Rubin, JJ.

(August 25, 1992)

■ In the Matter of JESSIE RADEMAKER, Appellant, v ISABEL N. MENDEZ, Respondent, et al., Respondent.—Appeal from a judgment of the Supreme Court, New York County (Martin Evans, J.), entered on August 24, 1991, unanimously dismissed, without costs and without disbursements, on the jurisdictional ground of failure of service upon the respondent. However, were we to reach the merits, we would affirm. This

Court waives the requisite fee for filing. No opinion. Concur—Murphy, P. J., Rosenberger, Ellerin and Asch, JJ.